Elizabeth Kelley, appellee, v. Frank A. Novak, trading as Novak & Company, appellant. Gen. No. 27,558.

Action against a real estate broker to recover balance received on

the sale of property for plaintiff, which balance defendant claimed for services. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Affirmed. Opinion filed October 3, 1922.

Novak & Novak, for appellant. James A. Donnelly, for appellee.

Mr. Justice Morrill delivered the opinion of the court.